United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
Attn: Robert M. Farrell
Office of the Clerk
1 Courthouse Way, Suite 2300
Boston, MA 02210

Eric Berry
PO Box 824
Dover, MA 02153

Re: Supreme Lunatics Gregory A. Wall II

BOSTON MA 020
13 SEP 2021   PM 6 L

USMS SCREENED

To: Clerk of Court Robert M. Farrell

From: 57NGXED POTUS, Lt. Iplane Commander Gegan A. Weiler II

Reason For Conflict: By Antilling Law of Exit Strategy you as a clerk must abide by all said laws regarding refusal to help me obtain that Godfather Inheritance Clause application. And if I invoke by motion Right To Leave Premises if you do not help me on a replacement gentleman's filing then you forfeit your ability to leave the premises of your office until you have helped me because you can refuse only once each time after you are held liable for refusing a gentleman aid as a veteran, military member, or military family member able to receive aid.

Now the gentleman's work at hand? I would like to receive p.Rue in court if you do not receive the proof no one you feel like doing work applications from the SS office for monies I am entitled to even while incarcerated. Here is two of them:

　1. Application for Radiant Pay of a 57NGXED POTUS,

　2. Application for Latent Pay of a Commander in the Armed Forces.

Please obtain & send these to me, & IF you wish to ever send the Godfather Inheritance Clause application so you can keep your nose clean & so you help another active duty member of the Armed please do so.
　　　　　　　　　　　　　　　　　　　　　　　　　Sry writer    Drew

Oklahoma -

To: Clerk of Court Robert M. Farrell

From: SINGED POTUS & Lt. Supreme Commander Gregory A. Weiler II

Reason For Contact:

I recently tried to get you to hear a trial as an appeals judgeship yet against the law you refused. I can understand why one might not want to do so as it was high profile, controversial, plus it isn't transferred at her. But perhaps since you could not do me the honor, perhaps you can allow a gentleman's action in court?

As a pro sé individual I would like to obtain through the courts in Boston an application from SS Affirmative Action Office the Grandfather Clause Inheritance from the Dept. of the Disabled or Retired. Application. This application is for military families to claim the retirement pension or disability benefits of a grandson-grandfather relationship as an inheritance — NOT as disability or SSI or SSA-bt as the Grandfather Inheritance Clause application, accessible benefits are while in prison. And so the motion is for, by Ancillary Law of the Egregiate Fellows, Inheritance Protocol, you to conduct a search to find the said application & submit it to me by mail so I can by Financial Transfer Consent have it deposited into the Zwicke Trust

Greg Weiler II          fwd. let me know.